**Order entered July 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00793-CV

### IN THE INTEREST OF R.P. AND D.D., JR., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10679**

## ORDER

Before the Court is court reporter Joie Rivera's request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than July 30, 2018.


/s/     DAVID EVANS
         JUSTICE